The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS YOUNG,<br><br>              Plaintiff,<br><br>  v.<br><br>DOCUSIGN INC., a Delaware Corporation, qualified to do Business and doing substantial business in Washington,<br><br>              Defendant. | No. 2:19-cv-00236-BJR<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Clerk's Action Required) |

COMES NOW THE PARTIES hereto and by way of stipulation, agree that all of the plaintiff's claims against defendant in this lawsuit should be dismissed with prejudice and without costs. A proposed form of order accompanies this stipulation.

| MERCER ISLAND LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By:/s/ George Tamblyn<br>George Tamblyn WSBA No. 15429<br>Jason Gillis WSBA No. 52762 | By: /s/ Matthew Jedreski<br>Matthew Jedreski WSBA No. 50542<br>Kristina Markosova WSBA No. 47924<br>Sheehan Sullivan WSBA No. 33189 |
| Attorneys for Plaintiff<br>2448 76th Ave SE #100<br>Mercer Island, WA 98040<br>(206)236-2769<br>gtamblyn@mercerlg.com<br>jgillis@mercerlg.com | Attorneys for Defendant<br>920 Fifth Ave Ste 3300<br>Seattle, WA 98104-1610<br>(206)622-3150<br>mjedreski@dwt.com<br>kristinamarkosova@dwt.com<br>sulls@dwt.com |

STIPULATION AND ORDER OF VOLUNTARY
DISMISSAL WITH PREJUDICE–1

# ORDER

This matter having come on by way of stipulation of the parties for an order dismissing all of plaintiff's claims against defendant, the Court having considered the stipulation and the records and files in this matter, it is hereby:

ORDERED, adjudged and decreed that all of plaintiff's claims against defendant in this lawsuit are dismissed with prejudice and without costs. There being no just reason for delay, the clerk is expressly directed to enter this order forthwith.

DATED this 15th day of July, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| MERCER ISLAND LAW GROUP | DAVIS WRIGHT TREMAINE |
|---|---|
| By: */s/ George Tamblyn* <br> George Tamblyn WSBA No. 15429 <br> Jason Gillis WSBA No. | By: */s/ Matthew Jedreski* <br> Matthew Jedreski WSBA No. 50542 <br> Kristina Markosova WSBA No. 47924 <br> Sheehan Sullivan WSBA No. 33189 |

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE–2

**KUDERER TAMBLYN**
**MERCER ISLAND LAW GROUP, PLLC**
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| 2448 76th Ave SE #100 | 920 Fifth Ave Ste 3300 |
| Mercer Island, WA 98040 | Seattle, WA 98104-1610 |
| (206)236-2769 | (206)622-3150 |
| gtamblyn@mercerlg.com | mjedreski@dwt.com |
| jgillis@mercerlg.com | kristinamarkosova@dwt.com |
| | sulls@dwt.com |

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE–3
KUDERER TAMBLYN
MERCER ISLAND LAW GROUP, PLLC
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040